JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
ANGELICA MARMORSTEIN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6138
Fax: (702) 388-6418
angelica.marmorstein@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

        Plaintiff,

   vs.

TRAVIS KING

        Defendant.

Case No. 2:22-cr-00229-JCM-BNW

**CRIMINAL INFORMATION**

Operating a Motor Vehicle while Under the Influence of Alcohol
43 CFR § 8341.1(f)(3)), NRS 484C.110.1(a);

Operating a Motor Vehicle with a BAC of 0.08 Grams and Higher
43 C.F.R. § 8341.1(d),
NRS 484C.110.1(b);

Motor Vehicle Closure
43 CFR § 8364.1(d);

THE UNITED STATES ATTORNEY CHARGES:

**COUNT ONE**
Operating a Motor Vehicle while Under the Influence of Alcohol
(43 CFR § 8341.1(f)(3), NRS 484C.110(a))

On June 8, 2022, in the State and Federal District of Nevada, within lands managed by the Bureau of Land Management,

**TRAVIS KING**,

defendant herein, operated a grey Toyota 4Runner bearing Nevada Registration BZV8581, while under the influence of alcohol, to wit: a Bureau of Land Management Ranger observed **KING** in an area closed to motor vehicles while operating a grey Toyota 4Runner; upon initiating contact, the ranger observed that **KING** had a strong odor of alcohol emanating from his vehicle and his eyes were glossy. **KING** admitted to consuming wine at about 4:00 AM. **KING** performed poorly on the Standardized Field Sobriety Tests, **KING** consented to a withdrawal of his blood which was analyzed and found to contain a concentration of ethanol of 0.101 g/ 100 mL +/- 0.004 g/ 100 mL of blood; all in violation of Title 43, Code of Federal Regulations, Section 8341.1(f)(3).

## COUNT TWO
Operating a Motor Vehicle with a BAC of 0.08 Grams and Higher
(43 C.F. R. § 8341.1(d); NRS 484C.110.1(b))

On or about June 8, 2022, in the State and Federal District of Nevada, within lands managed by the Bureau of Land Management,

**TRAVIS KING**,

defendant herein, operated a grey Toyota 4Runner bearing Nevada Registration BZV8581, with an alcohol concentration in the defendant's blood of 0.08 grams and more of alcohol per 100 milliliters of blood which is prohibited, to wit: **KING** consented to a withdrawal of his blood which was analyzed and found to contain a concentration of ethanol of 0.101 g/ 100 mL +/- 0.004 g/ 100 mL of blood; all in violation of Title 43, Code of Federal Regulations, Section 8341.1(d);NRS 484C.110.1(b).

**COUNT THREE**
Motor Vehicle Closure
(43 CFR § 8364.1(d))

On or about June 8, 2022, in the State and Federal District of Nevada, within lands Managed by the Bureau of Land Management,

**TRAVIS KING**,

defendant herein, operated a grey Toyota 4Runner bearing Nevada Registration BZV8581, in an area closed to motor vehicles, to wit: **TRAVIS KING** operated said motor vehicle in an area closed to motor vehicles in a detention basin in the desert; all in violation of Title 43, Code of Federal Regulations, Section 8364.1(d).

JASON M. FRIERSON
United States Attorney

*/s/ Angelica Marmorstein*
ANGELICA MARMORSTEIN
Assistant United States Attorney