PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☒ INFORMATION ☐ INDICTMENT ☐ COMPLAINT

CASE NO. 2:22-cr-00229-JCM-BNW

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Superseding Indictment ☐ Charges/Counts Added
☒ Information

USA vs.
Defendant: TRAVIS KING

Address:

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT — DISTRICT OF NEVADA
DISTRICT OF NEVADA — Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: AYLIN ALEXANDER
☐ U.S. Atty ☐ Other U.S. Agency
Phone No.

Name of Asst. U.S. Attorney (if assigned): ANGELICA MARMORSTEIN, AUSA

☐ Interpreter Required   Dialect: _____

Birth Date _____
☒ Male ☐ Female
☐ Alien (if applicable)

Social Security Number _____

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
BLM

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense _____ County _____

### DEFENDANT

Issue: ☐ Warrant ☒ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____
☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☒ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 3

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| 1 | 43 CFR Section 8341.1(f)(3); NRS 484C.110.1(a) | Operating a Motor Vehicle while Under the Influence of Alcohol | ☐ Felony ☒ Misdemeanor / ☐ Felony ☐ Misdemeanor |
| 2 | 43 CFR Section 8341.1(d), NRS 484C.110.1(b) | Operating a Motor Vehicle with a BAC of 0.08 Grams and Higher | ☐ Felony ☒ Misdemeanor / ☐ Felony ☐ Misdemeanor |
| 3 | 43 CFR Section 8364.1(d) | Motor Vehicle Closure | ☐ Felony ☒ Misdemeanor |

Submit | Go