AO 83 (Rev. 06/09)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) |
|---|---|
| v. | ) |
| TRAVIS KING | ) |
|  | ) Case No.   2:22-cr-00229-JCM-BNW |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ☑ Information    ❏ Superseding Information    ❏ Complaint

❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of Court

| Place: | Lloyd D. George United States Courthouse<br>333 Las Vegas Boulevard South<br>Las Vegas, Nevada 89101 |
|---|---|
| Courtroom No.: | 3D |
| Date and Time: | Tues, 11/08/2022 at 2:30 pm |

This offense is briefly described as follows:

43 C.F.R., Section 8341.1-1(f)(3); NRS 484C.110.1(a) - Operating a Motor Vehicle while under the Influence of Alcohol;
43 C.F.R., Section 8341.1(d); NRS 484C.110.1(b) - Operating a Motor Vehicle with a BAC of 0.08 Grams and Higher;
43 C.F.R., Section 83464.1(d) - Motor Vehicle Closure

**If you do not have an attorney, and you cannot afford to hire one, you should immediately contact the Federal Public Defenders Office at (702) 388-6577 to arrange for court appointed counsel.**

**You are to immediately contact Pretrial Services Office (702) 464-5630 to arrange for an interview prior to your hearing date.**

Date: 10/26/2022

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

I declare under penalty of perjury that I have:

❏ Executed and returned this summons         ❏ Returned this summons unexecuted

Date: 

*Server's signature*

*Printed name and title*

AO 83 (Rev. 06/09)  Summons in a Criminal Case (Page 2)

Case No. 2:22-cr-00229-JCM-BNW

**This second page contains personal identifiers and therefore should not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender: _____

Last known residence: _____

Usual place of abode *(if different from residence address)*: _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

## PROOF OF SERVICE

This summons was received by me on *(date)* _____ .

❐ I personally served the summons on this defendant _____ at *(place)* _____ on *(date)* _____ ; or

❐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

❐ I delivered a copy of the summons to *(name of individual)* _____ , who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

❐ The summons was returned unexecuted because: _____ .

I declare under penalty of perjury that this information is true.

Date returned: _____

*Server's signature*

*Printed name and title*

Remarks:

[Print]  [Save As...]  [Reset]