JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
IMANI L. DIXON
Assistant United States Attorney
Nevada Bar Number 15724
STEVEN J. ROSE
Assistant United States Attorney
Nevada Bar Number 13575
District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-61383(702) 388-6418
Imani.Dixon@usdoj.gov
Steven.Rose@usdoj.gov
Counsel for the United States

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-000229-JCM-BNW |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE TRIAL |
| TRAVIS KING, | (Fifth Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Imani L. Dixon, Assistant United States Attorney, counsel for the United States of America, and Chris Rasmussen, counsel for Defendant, that the bench trial in the above-captioned matter, currently scheduled for August 21, 2023, and the Master Trial Calendar, currently scheduled for August 1, 2023 at the hour of 10:00 a.m., be vacated and continued to a date and time convenient to the Court.

//

//

1

This stipulation is entered into for the following reasons:

1. Counsel for the Government and defense were set for trial the week of August 21, 2023.

2. Counsel for the Government and defense were informed that the trial needed to be rescheduled due to a conflict with the Court's schedule.

3. The parties have discussed possible future dates for the trial, taking into consideration the parties' other trials that are currently set, the need to prepare for those trials, and the Court's duty-week obligations.

4. The parties, in discussion with the Court have identified the earliest viable trial date to be the week of January 8th, 2024.

5. The parties agree to the continuance.

6. The defendant is not currently detained pending trial and does not object to this continuance.

7. The additional time requested herein is not sought for the purposes of delay.

8. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excusable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Cody, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and (iv).

6. This is the <u>fifth</u> stipulation to continue filed herein.

//

//

//

DATED this 31st day of July, 2023.

                                                     Respectfully submitted,

                                                   JASON M. FRIERSON
                                                   United States Attorney

*/s/ Chris Rasmussen*                           by */s/ Imani Dixon*
CHRIS RASMUSSEN, ESQ.                     IMANI DIXON
Counsel for Defendant                         Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TRAVIS KING,

    Defendant.

Case No. 2:22-cr-000229-JCM-BNW

**ORDER**

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the Government and defense were set for trial the week of August 21, 2023.

2. Counsel for the Government and defense were informed that the trial needed to be rescheduled due to a conflict with the Court's schedule.

3. The parties have discussed possible future dates for the trial, taking into consideration the parties' other trials that are currently set, the need to prepare for those trials, and the Court's duty-week obligations.

4. The parties, in discussion with the Court have identified the earliest viable trial date to be the week of January 8th, 2024.

5. The additional time requested herein is not sought for the purposes of delay.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excusable in computing the time within which the trial herein must commence pursuant to the Speedy

1  Trial Act, Title 18, United States Cody, Section 3161(h)(7)(A), considering the factors under
2  Title 18, United States Code, Section 3161(h)(7)(B)(i) and (iv).

3      7.    This is the <u>fifth</u> stipulation to continue filed herein.

4  For all of the above-stated reasons, the ends of justice would best be served by a
5  continuance of the jury trial date.

## CONCLUSIONS OF LAW

7  The ends of justice served by granting said continuance outweigh the best interest of
8  the public and the defendant, since the failure to grant said continuance would be likely to
9  result in a miscarriage of justice, would deny the parties herein sufficient time and the
10 opportunity within which to be able to effectively and thoroughly prepare for trial, taking
11 into account the exercise of due diligence.

12 The continuance sought herein is excusable under the Speedy Trial Act, Title 18,
13 United States Code, Section 3161 (h)(7)(A), when considering the factors under Title 18,
14 United States Code, Section 3161(h)(7)(B)(i) and (iv).

## ORDER

16 IT IS THERFORE ORDERED that the Master Trial Calendar Stack currently
17 scheduled for August 1, 2023, at the hour of 10:00 a.m., be vacated and continued to
18 _____, 2023, at the hour of _____ am/pm.

19 IT IS FUTHER ORDERED that the trial currently scheduled for August 21, 2023,
20 at the hour of 9:00 a.m., be vacated and continued to _____, 2023, at
21 the hour of _____ am/pm.

1  DATED ____ day of July, 2023.

2
                                              _____
3                                             THE HONORABLE BRENDA WEKSLER
                                              UNITED STATES MAGISTRATE JUDGE